FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 APR 19 PM 3: 00

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR159 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| MATTHEW R. PATTERSON, | ) | 18 U.S.C. § 2250(a) |
| | ) | |
| Defendant. | ) | |

The Grand Jury charges:

### COUNT I

From on and before June 2005 and continuing until at least February 2007, in the District of Nebraska, MATTHEW R. PATTERSON, having previously been convicted in the State of New York of an offense requiring him to register as a sex offender, to-wit: Sexual Abuse in the Second Degree, traveled in interstate commerce to Nebraska, and knowingly failed to register as a sex offender in the State of Nebraska, where he resided, as required by the Sex Offender Registration and Notification Act.

In violation of 18 United States Code, Section 2250(a).

A TRUE BILL



FOREPERSON

**US v. Matthew R. Patterson, Indictment, Page Two**

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MICHAEL P. NORRIS
Assistant U.S. Attorney