**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CR159** |
| vs. | ) | |
| | ) | **ORDER** |
| **MATTHEW PATTERSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

      This matter is before the court on defendant's unopposed MOTION FOR LEAVE TO FILE PLEADINGS OUT OF TIME [13]. Pretrial motions were due June 11, 2007, and defendant requests an extension to June 22, 2007. In the interests of justice, I find that the motion should be granted.

      **IT IS ORDERED:**

      1.   Defendant's Motion For Leave to File Pleadings Out of Time [13] is granted. Pretrial motions shall be filed on or before **June 22, 2007.**

      2.   The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between **June 11, 2007 and June 22, 2007,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

      3.   Trial in the matter will be set by further order of the court.

      **DATED this 14th day of June, 2007.**

                                     **BY THE COURT:**

                                     **s/ F.A. Gossett
United States Magistrate Judge**