IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR159 |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW R. PATTERSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Because of the pending report and recommendation, Filing No. 31, the jury trial scheduled for October 15, 2007, is canceled and will be rescheduled after a ruling on the report and recommendation.

SO ORDERED.

DATED this 28th day of September, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge